[No. 16350-1-II.    Division Two.    March 24, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. KENNETH A. HANSEN, *Respondent*.

Appeal from a judgment of the Superior Court for Pacific County, No. 92-1-00063-4, Joel M. Penoyar, J., entered July 31, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 12528-9-III.    Division Three.    March 24, 1994.]

GESELL BROOK, ET AL, *Appellants*, v. SELAH SCHOOL DISTRICT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-00397-1, F. James Gavin, J., entered May 20, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 12832-6-III.    Division Three.    March 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. LOFGRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 92-1-00271-3, Carolyn A. Brown, J., entered October 6, 1992. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.